In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-22-00259-CV
_____

TEXAS DEPARTMENT OF PUBLIC SAFETY, Appellant

V.

WILLIAM BURKE, Appellee

On Appeal from the County Court at Law No. 5
Montgomery County, Texas
Trial Cause No. 22-32637

## MEMORANDUM OPINION

The Texas Department of Public Safety moved to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). The motion is unopposed, and the Department filed the motion before the Court decided the appeal.

We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on November 30, 2022
Opinion Delivered December 1, 2022
Before Golemon, C.J., Horton and Johnson, JJ.

1